### PEOPLE *v.* SAMUELS.

(*Common Pleas of New York City and County, General Term.* February 3, 1890.)

BAIL—FORFEITURE—REOPENING JUDGMENT.

    A judgment on a forfeited recognizance will not be vacated, on the renewal of a motion for the purpose, where the papers submitted do not fulfill the conditions on which leave to renew was granted.

Renewal of application to vacate judgment on forfeited recognizance. For former report, see 7 N. Y. Supp. 659.

Argued before LARREMORE, C. J., and BOOKSTAVER and BISCHOFF, JJ.

*P. Gratz, Jr.*, for the applicant. *John R. Fellows*, Dist. Atty., for the People.

PER CURIAM. The papers submitted do not fulfill the conditions on which the November general term granted leave to renew. No copy of the testimony on which the principal was originally held is submitted, nor is the complainant's last place of residence; and, although it is sworn to by the surety that the complainant was subpœnaed on the first hearing, that fact could not be within surety's knowledge, and no source of information is given. The motion must therefore be denied, but with leave to renew on supplying those deficiencies.